FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/7/19
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No.**  19-mj-00230-GPG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JOSHUA P. FITZSIMMONS,**

    **Defendant.**

---

### INFORMATION
### 16 U.S.C. §§ 3372(d)(2) & 3373(d)(3)(B)
### Lacey Act False Labeling

---

The Deputy Assistant Attorney General of the Environment and Natural Resources Division charges:

### COUNT 1

1. On or about February 12, 2014, in the State and District of Colorado, the defendant, JOSHUA P. FITZSIMMONS, did knowingly make and submit a false record, account, label for, and identification of, wildlife, namely bobcat (*Lynx rufus*), intended to be transported in interstate and foreign commerce.

    All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(B).

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division


By: /s/ Matthew D. Evans
Matthew D. Evans
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Crimes Section
150 M St. NE, Suite 4.110
Washington, D.C. 20002
Telephone: (202) 305-0381
Fax: (202) 514-8865
Email: Matthew.Evans@usdoj.gov
Attorney for the United States